IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC. d/b/a ABC SUPPLY CO., INC.<br><br>Plaintiff,<br><br>v.<br><br>S&L REMODELING, LLC, STEVEN ANTHONY ZALIN, AND LINDSAY LOUISE ZALIN,<br><br>Defendants. | Civil Action No. 2:25-cv-00007-PLD<br>Judge Patricia L. Dodge<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, through their duly authorized attorneys, that this action is voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), without prejudice and without attorneys' fees and costs.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in any number of counterparts, all of which taken together shall constitute one stipulation, and may be executed electronically.

| | |
|---|---|
| **Law Offices of Scott H. Bernstein LLC**<br>*Attorney for Plaintiff*<br><br>By: /s/ Scott H. Bernstein<br>      Scott H. Bernstein<br><br>Dated: July 31, 2025 | **Law Firm of Jeffrey Dallas Ries, LLC**<br>*Attorney for Defendants*<br><br>By: /s/ Jeffrey D. Ries<br>      Jeffrey D. Ries<br><br>Dated: July 31, 2025 |